# Third District Court of Appeal
## State of Florida

Opinion filed March 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1313
Lower Tribunal No. 16-27549
_____

## Tivoli Investments 26, LLC,
Appellant,

vs.

## U.S Bank National Association, etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Neustein Law Group, P.A., and Nicole R. Moskowitz, for appellant.

Diaz, Anselmo Lindberg, P.A., and Adam A. Diaz and Kathleen Achille (Fort Lauderdale), for appellee.

Before LOGUE, LINDSEY and BOKOR, JJ.

PER CURIAM

Affirmed.